UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kimberly Hebbe, | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-14024-FDS |
| v. | : |
| Credit Collection Services; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Kimberly Hebbe ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 27, 2015

                                                   Respectfully submitted,

                                                   By: <u>/s/ Sergei Lemberg</u>

                                                         Sergei Lemberg, Esq.
                                                         Lemberg Law, L.L.C.
                                                         1100 Summer Street, 3rd Floor
                                                         Stamford, CT 06905
                                                         Telephone: (203) 653-2250
                                                         Facsimile: (203) 653-3424
                                                         Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg